■ In the Matter of MAURICE SAMUELS, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [948 NYS2d 919]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto expunged from petitioner's institutional record, and the $5 mandatory surcharge has been refunded to petitioner's inmate account. As petitioner has received all of the relief to which he is entitled, the proceeding is dismissed as moot (*see Matter of Torres v Bezio*, 92 AD3d 1053 [2012]; *Matter of Kalwasinski v Fischer*, 92 AD3d 1069, 1069-1070 [2012]).

Peters, P.J., Rose, Spain, Kavanagh and Garry, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.